# UNITED STATES DISTRICT COURT
## Western District of New York
### 272 United States Courthouse
### 100 State Street
### Rochester, New York 14614

Chambers of
Michael A. Telesca
District Judge

Chambers:  585-613-4060
Fax:  585-613-4065

September 15, 2006

Warren B. Rosenbaum, Esq.
Woods, Oviatt, Gilman LLP
700 Crossroads Building
Two State Street
Rochester, New York 14614

Larry Kerman, Esq.
Blair & Roach LLP
2645 Sheridan Drive
Tonawanda, New York 14150

Andrea Schillaci, Esq.
Hurwitz & Fine, P.C.
1300 Liberty Building
Buffalo, New York 14202-3670

Patrick J. Brown, Esq.
LoTempo & Brown
181 Franklin Street
Buffalo, New York 14202

Re:  Southward Investment, LLC v. V-GPO, 05-CV-6309
     Jaszewski v. V-GPO, et al, 05-CV-6310

Dear Counsel:

I have your letters and e-mails relative to plaintiffs' request
for extension of time to respond to defendants' motions for summary
judgment in each of the above actions. Plaintiffs' opposing papers are
due September 21, 2006. Plaintiffs request a 30-day extension to file
their opposition papers on October 27, 2006. Without going into all of
the discussion contained in your correspondence, I conclude that the
fair approach would be that all parties file their papers according to
the existing schedule with the understanding that all parties will be
permitted to file supplemental papers if necessary. Plaintiffs'
request for an extension to file their opposition on October 27, 2006
is therefore denied.

ALL OF THE ABOVE IS SO ORDERED.

Very truly yours,

Michael A. Telesca
United States District Judge

cc: Honorable Marian Payson
    Melissa Schoen