UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CASIMER J. JASZEWSKI,

        Plaintiff,

   v.

V-GPO, INC., et al.,

        Defendants.
_____

SOUTHWARD INVESTMENTS, LLC,

        Plaintiff,

   v.

V-GPO, INC.,

        Defendant.
_____

DECISION & ORDER

05-CV-6310T

05-CV-6309T

On July 25, 2006, plaintiffs in the above-captioned matters moved this Court to extend the current Scheduling Orders for sixty days. (Docket ## 19, 24). Oral argument was conducted on September 7, 2006, during which this Court granted plaintiffs' motions in part and amended the scheduling orders to permit plaintiffs until October 9, 2006 to conduct the deposition of Michael E. Storck, Esq. and to obtain previously subpoenaed documents. (Docket ## 29, 31). Shortly thereafter, on September 12, 2006, counsel for defendants John. N. Blair and Blair & Roach, LLP filed motions for the reconsideration of those orders to the extent they permitted discovery of the subpoenaed documents. According to counsel, plaintiffs had failed to timely serve the subpoena. (Docket ## 27, 40).

Having fully considered the additional information submitted by defendants' counsel, this Court reaches the same determination. Defendants' motions for reconsideration **(Docket ## 27, 40)** are therefore **DENIED**. Furthermore, because the deadline imposed by this Court's prior Orders has almost expired, plaintiffs are hereby permitted until **October 23, 2006** to conduct the deposition of Michael E. Storck, Esq. and to obtain the previously subpoenaed documents.

**IT IS SO ORDERED.**

                                                *s/Marian W. Payson*
                                                MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
        October  6 , 2006.